W. V. Knott, as Treasurer of the State of Florida, *et al.*, Appellants, v. Volusia County, a political subdivision of the State of Florida, *et al.*, Appellees.

880

Appeal dismissed on motion of counsel for the respective parties.

*Thomas N. Tappy, Cary D. Landis,* Attorney General, and *James B. Watson, Assistant,* for Appellants.

*Hull, Landis & Whitehair,* for Appellees.